

**FILED**

APR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:12-mj-0101 GGH |
| Plaintiff, | **UNDER SEAL** |
| v | ORDER UNSEALING CRIMINAL COMPLAINT |
| MICHAEL LOTT, aka "Miami the Most," <br> MAJOR NORTON, aka "Dubee," <br> LAWRENCE KENNEDY NELSON, aka "Bodine," <br> GAYLORD FRANKLIN, aka "Geezy," <br> CLIFFORD BULLOCK, aka "Black," <br> NARCO McFARLAND, Sr., <br> LATROY CUNNINGHAM, <br> ERIC ROBINSON, aka "Pay Pay," <br> DANTE BARBARIN, <br> EILEEN KNIGHT, <br> BESHIBA COOK, aka "Pebbles," <br> BRUCE THURMON, aka "Little Bruce," <br> DAMIAN PETERSON, and <br> MIKEL BROWN, <br><br> Defendants. | |

| | |
|---|---|
| 1 | <u>O R D E R</u> |
| 2 | Pursuant to Local Rule 141(f) and based upon the Government's |
| 3 | Motion to Unseal the Criminal Complaint, **IT IS HEREBY ORDERED** that |
| 4 | the Criminal Complaint and Affidavit in support of the Criminal |
| 5 | Complaint in Mag. No. 2:12-mj-0101 GGH be, and is, hereby ordered |
| 6 | **UNSEALED.** |
| 7 | **IT IS SO ORDERED.** |
| 8 | DATED: April 19, 2012 |

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE